## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **EAST N. WEST, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. CIV-15-00226-R |
| | ) |
| **FARMERS ALLIANCE MUTUAL** | ) |
| **INSURANCE COMPANY, and** | ) |
| **GHENTCO, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Plaintiffs, East N. West, Inc. and Defendant, Farmers Alliance Mutual Insurance Company, pursuant to Fed. R. Civ. P 41(a)(1)(A)(ii), hereby stipulate that this action is dismissed with prejudice, each party to bear its own costs and fees, for the reason that this matter has been resolved by compromised settlement.

Respectfully submitted,

s/ Christine B. McInnes
MAURICE G. WOODS, II, OBA #16582
CHRISTINE B. McINNES, OBA #22882
McATEE & WOODS, P.C.
410 N.W. 13th Street
Oklahoma City, OK   73103
Telephone: (405) 232-5067
Facsimile:   (405) 232-0009
mauricew@mcateeandwoods.com
christinem@mcateeandwoods.com
*Attorneys for Defendant, Farmers Alliance Mutual Insurance Company*

1

        s/J. Drew Houghton
        J. Drew Houghton, OBA #18080
        Foshee & Yaffe
        P.O. Box 890420
        Oklahoma City, OK 73189
        Telephone: (405) 232-8080
        Facsimile: (405) 601-1103
        dhoughton@fosheeyaffe.com
        ***Attorneys for Plaintiff***

        s/Larry Bache
        Larry Bache
        777 S. Harbour Blvd, 9th Floor
        Tampa, Florida 33602
        Telephone: (813) 229-1000
        Facsimile: (813) 229-3692
        LBache@merlinlawgroup.com
        ***Attorneys for Plaintiff***